# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA,    )
                             )
                 *Plaintiff,* )
          v.                 )        Case No: 2:15-cv-07992-WHW-CLW
                             )
UNITED CONTINENTAL          )
HOLDINGS, INC.,             )
                             )
and                          )
                             )
DELTA AIR LINES, INC.,      )
                             )
                 *Defendants.* )
_____)

---

## UNITED STATES OF AMERICA'S NOTICE OF AGENCY ACTION

On April 1, 2016, the Federal Aviation Administration ("FAA") issued the attached Notice [4910-13] ("Notice").  Attached at Exhibit 1.[1]  The Notice announces that, as part of its regular review of operational performance and demand at the New York City area airports, the FAA has determined that slot controls are no longer warranted at Newark Liberty International Airport ("Newark").  Notice at 2.  The FAA therefore will change Newark's designation from a Level 3 slot-controlled airport to a Level 2 schedule-facilitated airport. This change will become effective on October 30, 2016, for the Winter 2016

---

[1] The Notice is also available from the Federal Register's website at https://www.federalregister.gov/articles/2016/04/06/2016-07910/change-of-newark-liberty-international-airport-ewr-designation.

scheduling season and thereafter.

The United States has contacted counsel for Defendants United Continental Holdings, Inc., and Delta Air Lines, Inc., concerning the Notice, but the parties have not yet had the opportunity to confer regarding the effect of the Notice on this litigation.  The parties have agreed to confer in the coming days and to provide the Court with their views by or before the close of business on Friday, April 8, 2016, in advance of the motion to dismiss hearing scheduled for Tuesday, April 12, 2016.

Respectfully submitted,

/s  Eric Mahr
Eric Mahr
Caroline E. Laise
Amanda D. Klovers
Katrina Rouse

*Trial Attorneys*
U.S. Department of Justice
Antitrust Division
450 Fifth Street, N.W., Suite 8000
Washington, D.C. 20530
Telephone: (202) 353-7131
Facsimile: (202) 307-2784

Leticia B. Vandehaar
Assistant United States Attorney
Deputy Chief, Civil Division
970 Broad Street, Suite 700
Newark, New Jersey 07102
Telephone: (973) 297-2036
leticia.vandehaar@usdoj.gov

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 1, 2016, I caused a true and correct copy of the

foregoing document to be filed and served upon all counsel of record via the

Court's CM/ECF system.


<u>/s   Katrina Rouse</u>
Katrina Rouse
*Attorney for Plaintiff*
*United States of America*