UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff,* | ) |
| v. | ) Case No: 2:15-cv-07992-WHW-CLW |
| UNITED CONTINENTAL HOLDINGS, INC., | ) |
| and | ) |
| DELTA AIR LINES, INC., | ) |
| *Defendants.* | ) |

**STIPULATION OF DISMISSAL**

On April 5, 2016, Defendant United Continental Holdings, Inc. ("United") informed Plaintiff United States of America that on April 4, 2016, United terminated the Slot Lease Agreement dated June 16, 2015, (the "Agreement") that is the subject of this litigation.  *See* Exhibit A (Letter from Kent Gardiner to Eric Mahr confirming the termination of the Agreement).  Based on United's representations concerning the termination of the Agreement, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff United States of America voluntarily dismisses without prejudice the claims asserted in this action against Defendants.  Defendants stipulate to dismissal of these claims.  *See* Exhibit A.

Dated:  April 6, 2016

Respectfully submitted,

*For Plaintiff United States of America:*

/s Eric Mahr_____
Eric Mahr
Caroline E. Laise
Amanda D. Klovers
Katrina Rouse

U.S. Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
Telephone: (202) 532-4753
Facsimile: (202) 307-2784
E-mail: Eric.Mahr@usdoj.gov

Leticia B. Vandehaar
Assistant United States Attorney
Deputy Chief, Civil Division
970 Broad Street, Suite 700
Newark, New Jersey 07102
Telephone: (973) 297-2036
E-mail: Leticia.Vandehaar@usdoj.gov

*For Defendant United Continental Holdings, Inc.:*

/s Justin T. Quinn_____
Justin T. Quinn
ROBINSON MILLER LLC
One Newark Center, 19th Floor
Newark, New Jersey 07102
Telephone:  (973) 690-5400
Facsimile:  (973) 466-2761
E-mail:  jquinn@rwmlegal.com

Kent A. Gardiner
David M. Schnorrenberg
Astor H.L. Heaven
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2578
E-mail: kgardiner@crowell.com

Paul L. Yde
Craig Minerva
Meredith Mommers
Freshfields Bruckhaus Deringer US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005-3960
Telephone: (202) 777-4530
E-mail: paul.yde@freshfields.com

*For Defendant Delta Air Lines, Inc.:*

/s Amy Walker Wagner_____
Amy Walker Wagner
Stone & Magnanini LLP

2

100 Connell Drive, Suite 2200
Berkeley Heights, NJ 07922
Telephone: (973) 218-1111
Facsimile: (908) 464-3010
Email: awagner@stonemagnalaw.com

James P. Denvir
Michael S. Mitchell
Boies, Schiller & Flexner LLP
5301 Wisconsin Ave., NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
E-mail: jdenvir@bsfllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April [...], 2016, I caused a true and correct copy of the foregoing document to be served upon all counsel of record via the Court's CM/ECF system.

/s   Amanda D. Klovers
Amanda D. Klovers
*Attorney for Plaintiff*
*United States of America*
