1001 Pennsylvania Avenue, N.W., Washington, DC  20004-2595 ▪ p202 624-2500 ▪ f202 628-5116



Kent A. Gardiner
(202) 624-2578
kgardiner@crowell.com

April 5, 2016

**VIA E-MAIL**

Eric Mahr, Esq.
United States Department of Justice
Antitrust Division
450 Fifth Street, N.W., Suite 8000
Washington, D.C. 20530

Re:   Slot Lease Agreement between United Continental Holdings, Inc. and Delta Air Lines, Inc.

Dear Eric:

I write to confirm our telephone discussion.  On April 4, 2016, United Continental Holdings, Inc. ("United") terminated the Slot Lease Agreement (the "Agreement") with Delta Air Lines, Inc. ("Delta") dated June 16, 2015.  The recent Notice issued by the Federal Aviation Administration designating Newark Liberty International Airport as a Level 2 airport prevents the parties from meeting various contractual requirements.  As a result, the transaction as memorialized in the Agreement is no longer viable.

United and Delta consent to the dismissal without prejudice of the pending litigation, *United States of America v. United Continental Holdings, Inc., and Delta Air Lines, Inc.*, Case No. 2:15-cv-07992 (D.N.J), under rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted,

*/s/ Kent A. Gardiner*

Kent A. Gardiner

Eric Mahr
April 5, 2016
Page 2


Cc:   James P. Denvir, Esq.
      Michael S. Mitchell, Esq.
      David M. Schnorrenberg, Esq.
      Astor H.L. Heaven, Esq.
      Paul L.Yde, Esq.